MIDFIELD REALTY CORPORATION, Respondent, *v.* ETHEL M. TRIPPITELLI, Appellant.

Submitted December 9, 1938; decided January 4, 1939.

*Hogarth S. Sweet* for appellant.

*Walter S. Ginzler* and *Martin Ginzler* for respondent.

*Walter H. Young* and *Robert Jackson* for New Rochelle Trust Company, *amicus curiæ.*

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.  Taking no part: O'BRIEN, J.